■    In the Matter of the Claim of AUSTIN J. BOUDREAU, Respondent. FORD MOTOR COMPANY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner of the State of New York, Respondent.— Motion for the appointment of an attorney and counselor at law to represent the claimant pursuant to section 538 (subd. 1, par. [e]) of the Labor Law. Motion granted and

Dante M. Scaccia, Esq., of 505 State St., Schenectady 5, New York is hereby appointed as attorney for Austin J. Boudreau, claimant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.